**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-1617

Ashley Nichole Major Bares and James Wesley Major
- - Versus - -

Progressive Gulf Insurance Company, et al

18th Judicial District Court
Case #: 45465
West Baton Rouge Parish

On Application for Rehearing filed on 08/23/2022 by Cash Casino, Inc.

Rehearing _____Denied_____

_____
John Michael Guidry

_____
Guy Holdridge

_____
Wayne Ray Chutz

Date **SEP 0 7 2022**

_____
Rodd Naquin, Clerk